**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CASH WRIGHT, | : | No. 293 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA TAXI CAB SERVICE, | : | |
| PHILADELPHIA PARKING AUTHORITY, | : | |
| STATE FARM INSURANCE COMPANY | : | |
| AND FIRST KEYSTONE LIQUIDATION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.